UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AXEL FIGUEROA

    **Plaintiffs,**

                                          **CASE NO.:**

v.

**FEDEX FREIGHT, INC., and
DAVID G. BLACHER,**

    **Defendants,**
_____/

## COMPLAINT

NOW COMES, Plaintiff AXEL FIGUEROA, by and through the undersigned counsel, and hereby sues Defendant FEDERAL EXPRESS CORPORATION, a foreign for-profit corporation, and DAVID G. BLACHER, a natural person and alleges as follows:

### JURISDICTION, VENUE and PARTIES

1.    This is a matter in which the damages asserted exceeds $75,000.00, exclusive of attorneys' fees and costs. 28 U.S.C. §1332(a).

2.    Plaintiff Axel Figueroa, is a natural person, and a resident of Hillsborough County, Florida.

3.    Defendant Fedex Freight, Inc., is a foreign for-profit corporation, with a principal place of business in 2200 Forward Drive, Harrison, Arkansas 72601, and with sufficient minimal contacts in Florida, including a registered agent, CT Corporation System, with address 1200 South Pine Island Road, Plantation, Florida 33324.

4.    Defendant David G. Blacher, is a natural person, and a resident of Bridgeview Illinois.

5.  Defendant Fedex Freight, Inc., has many branches which provide services throughout Hillsborough County, Florida and is therefore subject to the jurisdiction of this Court.

6.  Plaintiff and virtually all of his treating physicians since the crash that gives rise to this case reside or have offices in Hillsborough County, Florida.

7.  Venue is proper in the Middle District of Florida, in particular Tampa, Florida as there is no district in which an action may otherwise be brought and Fedex Freight, Inc. is subject to the court's personal jurisdiction. 28 U.S.C. §1391(b).

## FACTS

8.  On November 5, 2014, at approximately 5:29 AM, Axel Figueroa was traveling Eastbound on Interstate 90 in Bureau County, Illinois, in a 2004 Peterbilt Motors Semi-Trailer, with a Flatbed Trailer.

9.  At the same time, Defendant David G. Blacher, was traveling Eastbound on Interstate 90 in Bureau County, Illinois, in a Volvo Semi Trailer, with a two trailer combination.

10. David Blacher caused the front of his vehicle to crash into the rear of Axel Figueroa's vehicle.

11. David Blacher was in the employ of Fedex Freight, Inc. at the time and place of the crash.

12. Fedex Freight, Inc., owned the semi-tractor trailer vehicle driven by David Blacher, when he failed to observe and keep a safe distance of the moving traffic ahead of him and collided into the back of the vehicle in which Mr. Figueroa was riding.

13. David Blacher failed to keep the necessary stopping distance and/or was distracted when his vehicle collided into the rear end of Axel Figueroa's vehicle.

## COUNT I
## CLAIM AGAINST DEFENDANT FEDEX FREIGHT, INC.
## (VICARIOUS LIABILITY)

14. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 13 and further says:

15. Defendant FEDEX FREIGHT, INC., through its agent, servant, and/or employee, acting in the course and scope of his employment was negligent in being vicariously liable for the certain negligent acts of the Driver DAVID G. BLACHER.

16. As a direct and proximate result of the negligent, careless and wrongful acts of the Defendant, FEDEX FREIGHT, INC., through its agent, servant, and/or employee, Defendant DAVID G. BLACHER, whom was acting in the course and scope of his employment, Plaintiff AXEL FIGUEROA suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and they lost the use of it during the period required for its repair or replacement.

17. Defendant FEDEX FREIGHT, INC., through its agent, servant, and/or employee, acting within the course and scope of his employment owed AXEL FIGUEROA to refrain from operating their semi-tractor trailer in a negligent manner.

WHEREFORE, Plaintiff requests judgment against Defendant FEDEX FREIGHT, INC. for damages in an amount which exceeds the jurisdictional requirements of this Court, plus interest and costs; and such further relief as the Court deems proper.

## COUNT II
## CLAIM AGAINST DEFENDANT DAVID G. BLACHER.
## (DIRECT NEGLIGENCE)

18.     Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 13 and further says:

19.     Defendant DAVID G. BLACHER was negligent in his operation of the Volvo semi-tractor trailer on the date and time specified above.

20.     As a direct and proximate result of the negligent, careless and wrongful acts of the Defendant, DAVID G. BLACHER, Plaintiff Axel Figueroa suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and they lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff requests judgment against Defendant DAVID G. BLACHER for damages in an amount which exceeds the jurisdictional requirements of this Court, plus interest and costs; and such further relief as the Court deems proper.

## DEMAND FOR TRIAL BY JURY

The Plaintiffs demand judgment for damages in excess of $75,000.00 exclusive of interest and costs against the Defendants and further demands a trial by jury on all issues triable as a matter of right by jury.

Dated this 27th day of May, 2016.

Rolando J. Santiago, Esq.
Florida Bar #: 0557471
Gregory S. Grossman, Esq.
Florida Bar #: 0044068
RJS LAW GROUP
240 Apollo Beach Blvd.
Apollo Beach, FL 33572
Telephone: (813) 641-0010
Facsimile: (813) 641-0022
Counsel for Plaintiffs